UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS VALADEZ,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>NANCY A. BERRYHILL,<br>Deputy Commissioner for Operations, performing the duties and functions not reserved to the Commissioner of Social Security,<br><br>　　　Defendant. | No. SACV17-1787-KS<br><br>**[PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND COSTS** |

　　Based upon the parties' Stipulation for Award and Payment of Attorney Fees:

　　IT IS ORDERED that the Commissioner shall pay attorney fees and expenses the amount of FOUR THOUSAND NINE HUNDRED FOURTEEN DOLLARS and FIFTY-FIVE CENTS ($4,914.55), and costs under 28 U.S.C. § 1920 in the amount of FOUR HUNDRED DOLLARS ($400.00), as authorized

\\

\\

1

by 28 U.S.C. §§ 2412(d), 1920, subject to the terms of the above-referenced Stipulation.

Dated: January 9, 2019

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE